## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Nos.   2:10-cv-8027-RDP-TMP |
| | ) |                     2:07-cr-0475-RDP-TMP |
| TYRONE DEXTER HAMILTON, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

### O R D E R

On January 12, 2011, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this motion to vacate or set aside filed pursuant to 28 U.S.C. § 2255 be denied. Objections were filed by Defendant/Movant on January 28, 2011.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections thereto, the court is of the opinion that the Report is due to be and hereby is **ADOPTED**, and the Recommendation is **ACCEPTED**. Consequently, the motion to vacate or set aside filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby **DENIED**.

**DONE** and **ORDERED** this     31st     day of January, 2011.

                                                                       _____
                                                                       **R. DAVID PROCTOR**
                                                                       UNITED STATES DISTRICT JUDGE